AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Feess, Gary A | 2. Court or Organization<br><br>U.S.D.C., Central District CA | 3. Date of Report<br><br>05/24/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge -- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>255 East Temple Street<br>Suite 730<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2007 MAY 29 A 10: 48 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Spouse wages, Los Angeles County District Attorney's Office |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feess, Gary A | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AmgenCommon Stock | | None | L | T | | | | | |
| 2. Countrywide Credit Common Stock | A | Dividend | | T | Partial Sell | 1/6 | K | D | |
| 3. | | | | T | Full Sell | 8/2 | K | D | |
| 4. David Pick Investment Group (Real Est. Ltd. Partnership) | F | Distribution | L | W | | | | | |
| 5. Heartland Value Mutual Fund | E | Distribution | M | T | | | | | |
| 6. Intel Common Stock | B | Dividend | L | T | | | | | |
| 7. LSI Logic Common Stock SEE CORRECTION NOTE | A | Dividend | | T | Full Sell | 1/5 | K | A | |
| 8. Lucent Technologies Common Stock | A | Dividend | J | T | | | | | |
| 9. Microsoft Common Stock | A | Dividend | K | T | | | | | |
| 10. Mutual Discovery Fund | D | Distribution | N | T | | | | | |
| 11. T. Rowe Price Science and Technology Fund | A | Distribution | | T | Buy | 7/1 | J | | |
| 12. | | | | T | Full Sell | 7/7 | K | A | |
| 13. Chevron Texaco | B | Dividend | L | T | | | | | |
| 14. Vanguard Wellington Fund | D | Dividend | M | T | | | | | |
| 15. Pfizer | A | Dividend | | T | Full Sell | 12/13 | K | A | |
| 16. Proctor & Gamble | B | Dividend | L | T | | | | | |
| 17. Velocity HSI | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feess, Gary A | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Qualcomm | A | Dividend | K | T | Partial Sell | 1/6 | K | D | |
| 19. Verisign | | None | | T | Full Sell | 1/10 | J | A | |
| 20. Nokia | A | Dividend | K | T | | | | | |
| 21. Comcast | | None | | T | Full Sell | 12/7 | K | A | |
| 22. Avanex | | None | J | T | | | | | |
| 23. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 24. Bank of America | C | Dividend | L | T | | | | | |
| 25. Hussman | A | Distribution | | T | Buy | 1/4 | J | | |
| 26. | | | | T | Full Sell | 5/31 | J | A | |
| 27. Coca Cola | A | Dividend | K | T | | | | | |
| 28. First American Corporation | A | Dividend | K | T | | | | | |
| 29. Transcanada Corporation | B | Dividend | K | T | | | | | |
| 30. Dodge & Cox | A | Distribution | J | T | Buy | 5/31 | J | | |
| 31. | | | | | Buy | 7/7 | J | | |
| 32. | | | | | Buy | 9/29 | J | | |
| 33. | | | | | Partial Sell | 12/27 | J | A | |
| 34. Colgate Palmolive | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feess, Gary A | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Citigroup | C | Dividend | L | T | | | | | |
| 36. Pepsico, Inc. | A | Dividend | K | T | | | | | |
| 37. Anheuser Busch | B | Dividend | K | T | | | | | |
| 38. Apollo Group | A | Dividend | K | T | | | | | |
| 39. KinderMorgan Energy Ptrs | C | Dividend | K | T | | | | | |
| 40. PayChex | A | Dividend | K | T | | | | | |
| 41. Berkshire Hathaway | | None | L | T | | | | | |
| 42. Wal-Mart | A | Dividend | K | T | Buy | 8/22 | K | | |
| 43. Fifth Third Bank | A | Dividend | | T | Full Sell | 11/8 | K | B | |
| 44. Dodge & Cox Int'l | B | Dividend | M | T | | | | | |
| 45. American Century Equity Inc. | A | Dividend | | T | Buy | 3/15 | J | | |
| 46. | | | | | Full Sell | 5/31 | J | A | |
| 47. Wasatch Advisors Treasury | D | Dividend | M | T | Buy | 3/2 | K | | |
| 48. | | | | | Buy | 4/12 | J | | |
| 49. Benham NOTE: Name Changed to American Century Target | | None | K | T | | | | | |
| 50. IShare Trust | A | Dividend | M | T | Buy | 3/3 | L | | |
| 51. DIA Medium | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feess, Gary A | 05/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. J. W. Parkfair Realty - SEE EXPLANATION | A | Dividend | | T | Liquidated | 12/31 | J | A | |
| 53. Rydex Sertr | B | Dividend | | T | Buy | 2/23 | K | | |
| 54. | | | | T | Full Sell | 5/17 | L | B | |
| 55. Wrigley | A | Dividend | K | T | Buy | 5/26 | J | | |
| 56. Ebay | A | Dividend | K | T | Buy | 6/5 | K | | |
| 57. | | | | | Buy | 8/25 | J | | |
| 58. Dell | | None | K | T | Buy | 6/5 | K | | |
| 59. | | | | | Buy | 9/11 | J | | |
| 60. Western Union | A | Dividend | K | T | Buy | 10/17 | K | | |
| 61. Mutual Series Fund, Inc. | A | Dividend | J | T | Buy | 6/9 | J | | |
| 62. Agere SEE NOTE | A | Dividend | J | T | Spin-Off | | J | | |
| 63. | | | | | Liquidation | 12/7 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feess, Gary A | 05/24/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 7: LSI Logic. Listed as a Full Sell on 7/11/2005 in 2005 report incorrectly.

Line 52: Parkfair Realty was a real estate limited partnership in which the judge ▮▮▮▮ owned a small number of limited partnership units. Over time, the general partner liquidated the partnership assets and distributed funds to the owners of the limited partnership units. In 2006, the general partner wound up the operation of the limited partnership and made final distributions.

Line 62: Agere was a spin-off of Lucent and took place in 2002. Agere Stock should have appeared on 2002, 2003, 2004, and 2005 FDR Reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___ 5/24/07 _____

NOTE: ANY IND██████████████████████████OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL██████████████████████████

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544